**Fill in this information to identify the case:**

Debtor 1: kevin Brice

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of IL (State)

Case number: 15 B 16881

---

## Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** First Citizens Bank & Trust Company

**Court claim no. (if known):** 4

**Last 4 digits of any number you use to identify the debtor's account:** 4 5 7 6

**Property address:** 5100 N Marine Dr 12L
Number   Street

Chicago, IL 60640
City     State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ~~10/20/2018~~
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. Total. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: __/__/____
MM / DD / YYYY

Form 4100R      Response to Notice of Final Cure Payment      page 1

Debtor 1  Kevin Brice
First Name   Middle Name   Last Name

Case number (if known) 15 B 16881

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☑ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x _[signature]_   Date 10/29/2018

Print  Roz Johnson Duty
First Name   Middle Name   Last Name

Title  Default Processor I

Company  First Citizens Bank & Trust Company

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 25187
Number   Street

Raleigh   NC   27611 5187
City   State   ZIP Code

Contact phone (919) 716_ 3537

Email  amy.peters@firstcitizens.com

Form 4100R         Response to Notice of Final Cure Payment         page 2